No. 2249. CONESA, APPELLANT, v. CASALS ET AL., APPELLEES (DÍAZ, INTERVENOR).—Intervention. Guayama. June. 8, 1920. *Dismissed.*

No. 2250. AMADEO, APPELLANT, v. SÁNCHEZ MORALES & CO., APPELLEES. — Damages. Guayama. June 10, 1920. *Dismissed.*

· No. 2216. RUIZ, APPELLANT, v. KOCK ET AL., APPELLEES.— Damages. Arecibo. June 12, 1920. *Withdrawn.*

No. 295. WOLKERS, PETITIONER, v. CAMPILLO, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. June 14, 1920. *Withdrawn.*

No. 2181. ACEVEDO, APPELLANT, v. ALVAREZ, APPELLEE.— Divorce. Aguadilla. June 14, 1920. *Affirmed.*

No. 1536. PEOPLE, APPELLEE, v. ANZALOTA, APPELLANT.— Damages. San Juan. June 14, 1920. *Affirmed.*

No. 298. GEYLS, PETITIONER, v. ROSSY, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. June 17, 1920. *Denied.*

No. 2262. SÁNCHEZ, APPELLEE, v. RODRÍGUEZ ET AL., APPELLANTS.—Damages. San Juan. June 21, 1920. *Dismissed.*

No. 2146. NICOT, APPELLEE, v. VALDECILLA ET AL., APPELLANTS.—Contract. Ponce. June 22, 1920. *Reconsideration denied.*